# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 JUL -8 PM 2:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MARTIN VASQUEZ HERNANDEZ,<br><br>               Defendant. | CASE NO. 09CR1663-JAH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

_____  of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 7, 2009

                                       LEO S. PAPAS
                                       UNITED STATES DISTRICT MAGISTRATE JUDGE

ENTERED ON _____